| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
Chapter 13 Case No. 18-10794-AMC

SARAH C JONES
8121 WILLIAMS AVENUE
PHILADELPHIA  PA    19150

Petition Filed Date: 02/06/2018
341 Hearing Date: 04/06/2018
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | $167.00 | 26295576941 | 02/25/2020 | $167.00 | 25254299136 | 04/03/2020 | $160.00 | 26407352024 |
| 04/28/2020 | $174.00 | 19087088645 | 06/18/2020 | $167.00 | | 06/22/2020 | $187.00 | |
| 07/22/2020 | $167.00 | | 08/24/2020 | $167.00 | | 09/22/2020 | $167.00 | |
| 10/22/2020 | $167.00 | | 11/23/2020 | $167.00 | | 12/22/2020 | $167.00 | |
| 01/25/2021 | $167.00 | | 02/23/2021 | $167.00 | | 03/22/2021 | $167.00 | |
| 04/22/2021 | $167.00 | | 05/24/2021 | $167.00 | | | | |

**Total Receipts for the Period: $2,859.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,542.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | SELECT PORTFOLIO SERVICING INC<br>»» 005 | Mortgage Arrears | $804.26 | $804.26 | $0.00 |
| 6 | CITIZENS BANK OF PENNSYLVANIA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $10,640.53 | $1,772.33 | $8,868.20 |
| 3 | DEPARTMENT STORE NATIONAL BANK<br>»» 003 | Unsecured Creditors | $925.22 | $143.52 | $781.70 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $584.89 | $90.74 | $494.15 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $982.34 | $152.38 | $829.96 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MICHAEL D SAYLES ESQ<br>»» 008 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**Chapter 13 Case No. 18-10794-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,542.00 | Current Monthly Payment: | $187.00 |
| Paid to Claims: | $5,963.23 | Arrearages: | $700.00 |
| Paid to Trustee: | $550.24 | Total Plan Base: | $10,982.00 |
| Funds on Hand: | $28.53 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.