IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Sarah Jones**                 :       CHAPTER: 13
                                               :
                                               :
                DEBTOR              :       BANKRUPTCY NO.: **18-10794**

## CERTIFICATE OF NO OPPOSITION

I, Michael D. Sayles, hereby certifies that neither Trustee nor any party of interest has filed a responsive pleading to **Debtor's Motion to Modify Plan after Confirmation.**

                                                                    Respectfully Submitted,

Date: **October 19, 2021**

                                                            **\s\ Michael D. Sayles**
                                                            Michael D. Sayles
                                                            Attorney for Debtor
                                                            427 W. Cheltenham Avenue
                                                            Elkins Park, PA  19027
                                                            215.635.2270
                                                            midusa1@comcast.net