UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Sarah Jones**         :         CHAPTER: 13
                               :
                               :
         DEBTOR                :         BANKRUPTCY NO.: **18-10794\AMC**

## ORDER OF COURT

    **AND NOW**, this _____ day of _____ 2021, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

    It is hereby **ORDERED and DECREED** that the Motion is granted.

By the Court:

_____
U.S. Bankruptcy Court Judge

**Date: October 20, 2021**