UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

10/20/2021

To:  MICHAEL D. SAYLES
Sayles and Associates
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

                          In re: Sarah C. Jones.
                          Bankruptcy No. 18-10794-amc
                          Adversary No.
                          Chapter 13

      Re:__Supplemental Application for Compensation
The above pleading was filed in this office on 9/18/2021.  Please
be advised that the following document(s) has (have) not been
filed as required pursuant to the Federal Rules of Bankruptcy
Procedure and/or the Local Rules of this court:

          ()   Affidavit
          ()   Certificate of Service
          (xx) Certification of no response
          ()   Notice pursuant to Rule 9019
          ()   Notice pursuant to Rule 2002
          ()   Notice pursuant to Rule 3007.1
          ()   Proof of Claim number not noted on
                  objection pursuant to Rule 3007.1(a)
          ()   Proposed Order
          ()   Stipulation
          ()   Certification of Default
          ()   Other


In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                    Timothy B. McGrath
                    Clerk



                    By:  _____C. Wagner_____
                          Deputy Clerk

status.frm
(rev. 11/26/2018)