United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                   Case No. 18-10794-amc

Sarah C. Jones                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

**Recip ID**              **Recipient Name and Address**
db                         + Sarah C. Jones, 8121 Williams Avenue, Philadelphia, PA 19150-1221

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2021                     Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor CITIZENS BK PENNSYLVANIA ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor Citizens Bank of Pennsylvania ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| MICHAEL D. SAYLES | on behalf of Debtor Sarah C. Jones midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 25, 2021                      Form ID: pdf900                          Total Noticed: 1

POLLY A. LANGDON
      on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
      on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee
      bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
      on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
      ECFMail@ReadingCh13.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Sarah Jones**                                   ) Chapter 13
                                                          )
                                                          )
                                                          )
                          Debtor                          ) Bankruptcy No. **18-10794\amc**

## <u>ORDER TO ALLOW COUNSEL FEES</u>

Upon consideration of the foregoing Supplemental Application for Compensation

for services performed after confirmation of chapter 13 plan, and upon notice, opportunity for

hearing, and certification of no objection, counsel fees are allowed in the following amounts:

|                                      |          |
|--------------------------------------|----------|
| Total fee award:                     | $850.00  |
| Amounts already paid by Debtor:      | $-0-     |
|                                      |          |
| Total amount of award:               | **$850.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from

available funds in the Debtor's estate.

By the Court:

Dated: _____          _____
 **Date: October 25, 2021**                              Bankruptcy Judge