| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-10794-AMC

SARAH C JONES
8121 WILLIAMS AVENUE
PHILADELPHIA  PA    19150

Petition Filed Date: 02/06/2018
341 Hearing Date: 04/06/2018
Confirmation Date: 09/26/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $167.00 | | 05/24/2021 | $167.00 | | 06/22/2021 | $167.00 | |
| 07/22/2021 | $167.00 | | 08/23/2021 | $167.00 | | 09/22/2021 | $167.00 | |
| 10/22/2021 | $167.00 | | 11/22/2021 | $167.00 | | 12/22/2021 | $167.00 | |
| 01/25/2022 | $167.00 | | 02/23/2022 | $167.00 | | 03/22/2022 | $167.00 | |
| 04/25/2022 | $167.00 | | 05/23/2022 | $167.00 | | 06/24/2022 | $167.00 | |
| 07/25/2022 | $167.00 | | | | | | | |

**Total Receipts for the Period: $2,672.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,880.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | SELECT PORTFOLIO SERVICING INC<br>»» 005 | Mortgage Arrears | $804.26 | $804.26 | $0.00 |
| 6 | CITIZENS BANK OF PENNSYLVANIA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $10,640.53 | $2,691.13 | $7,949.40 |
| 3 | DEPARTMENT STORE NATIONAL BANK<br>»» 003 | Unsecured Creditors | $925.22 | $233.99 | $691.23 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $584.89 | $147.92 | $436.97 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $982.34 | $248.43 | $733.91 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MICHAEL D SAYLES  ESQ<br>»» 008 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $850.00 | $850.00 | $0.00 |

**Chapter 13 Case No. 18-10794-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,880.00 | Current Monthly Payment: | $120.00 |
| Paid to Claims: | $7,975.73 | Arrearages: | ($637.00) |
| Paid to Trustee: | $750.63 | Total Plan Base: | $11,963.00 |
| Funds on Hand: | $153.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.