**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Sarah C. Jones<br>            Debtor<br><br>Citizens Bank of Pennsylvania, or its Successor or Assignee<br>            Movant<br>      vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Sarah C. Jones<br>            Respondents | Chapter 13<br>Bankruptcy No. 18-10794-amc |

### CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Andrew M. Lubin, attorney for Citizens Bank of Pennsylvania, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: October 19, 2022

| | | |
|---|---|---|
| Sarah C. Jones<br>8121 Williams Avenue<br>Philadelphia, PA 19150 | MICHAEL D. SAYLES<br>Sayles and Associates<br>427 West Cheltenham Avenue<br>Suite #2<br>Elkins Park, PA 19027-3201 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

/s/ Andrew M. Lubin, Esquire
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Citizens Bank of Pennsylvania
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com