**IN THE UNITED STATES BANKRUPTCY COURT FOR**

EASTERN    **DISTRICT OF** PENNSYLVANIA

PHILADELPHIA    **DIVISION**

In re

SARAH C JONES

|  |  |
|---|---|
| | In Chapter 13 Proceeding |
| | Case No. 18-10794 |

Debtors.

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 2/7/2018 Docket Number 6 .

Dated: This 10 th day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

### Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

MICHAEL D SAYLES
Attorney

FREDERICK L REIGLE
Chapter 13  Trustee

Dated:  This 10 th day of July , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257