| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-10794-AMC

| | |
|---|---|
| SARAH C JONES | Petition Filed Date: 02/06/2018 |
| 8121 WILLIAMS AVENUE | 341 Hearing Date: 04/06/2018 |
| PHILADELPHIA PA 19150 | Confirmation Date: 09/26/2018 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $167.00 | | 09/22/2022 | $167.00 | | 10/24/2022 | $167.00 | |
| 11/22/2022 | $167.00 | | 12/22/2022 | $167.00 | | 01/24/2023 | $167.00 | |
| 02/23/2023 | $167.00 | | 03/22/2023 | $167.00 | | 04/24/2023 | $167.00 | |
| 05/22/2023 | $167.00 | | 06/23/2023 | $167.00 | | 07/24/2023 | $167.00 | |

**Total Receipts for the Period: $2,004.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,884.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | SELECT PORTFOLIO SERVICING INC<br>»» 005 | Mortgage Arrears | $804.26 | $804.26 | $0.00 |
| 6 | CITIZENS BANK OF PENNSYLVANIA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $10,640.53 | $4,180.87 | $6,459.66 |
| 3 | DEPARTMENT STORE NATIONAL BANK<br>»» 003 | Unsecured Creditors | $925.22 | $352.82 | $572.40 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $584.89 | $229.80 | $355.09 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $982.34 | $374.59 | $607.75 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | MICHAEL D SAYLES ESQ<br>»» 008 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 0 | MICHAEL D SAYLES ESQ | Attorney Fees | $850.00 | $850.00 | $0.00 |

Chapter 13 Case No. 18-10794-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,884.00 | Current Monthly Payment: | $120.00 |
| Paid to Claims: | $9,792.34 | Arrearages: | ($1,081.00) |
| Paid to Trustee: | $917.62 | Total Plan Base: | $11,963.00 |
| Funds on Hand: | $174.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.