Certificate Number: 15111-PAE-DE-038332553

Bankruptcy Case Number: 18-10794



15111-PAE-DE-038332553

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 31, 2024, at 2:20 o'clock PM EDT, Sarah C. Jones completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 31, 2024

By:  /s/Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education