United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sarah C. Jones  
    Debtor

Case No. 18-10794-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 02, 2024      Form ID: 138OBJ      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah C. Jones, 8121 Williams Avenue, Philadelphia, PA 19150-1221 |
| 14051560 | | AARP Dental Insurance Plan, c/o Delta dental Insurance Company, PO Box 514787, Los Angeles, CA 90051-4787 |
| 14051566 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14200176 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 14569303 | + | Towd Point Mortgage Trust 20-00004, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14568963 | + | Towd Point Mortgage Trust 2020-4, U.S. Bank Nation, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14051561 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 03 2024 00:17:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14051564 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 03 2024 00:17:00 | Citizens Bank, PO Box 42113, Providence, RI 02940-2113 |
| 14051565 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 03 2024 00:17:00 | Citizens Bank, attn: ROP17K, 1 Citizens Drive, Riverside, RI 02915 |
| 14170196 | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14091606 | ^ MEBN | Apr 03 2024 00:13:34 | Citizens Bank of Pennsylvania, c/o Citizens Bank, N.A., 10561 Telegraph Road, Mail Stop: VAM352, Glen Allen, VA 23059-4577 |
| 14083259 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2024 00:25:33 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14051567 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2024 00:25:44 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 14262741 | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2024 00:17:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14058001 | Email/Text: mrdiscen@discover.com | Apr 03 2024 00:17:00 | Discover Bank, Discover Products Inc, PO Box |

Case 18-10794-amc   Doc 96   Filed 04/04/24   Entered 04/05/24 00:35:21   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14200174 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 03 2024 00:25:44 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION., 7255 Baymeadows Way, Jacksonville, FL 32256 |
| 14090482 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 03 2024 00:25:38 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14051562 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 03 2024 00:25:44 | Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14051563 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 03 2024 00:25:44 | Chase Manhattan Bank, USA, N.A., P.O. Box 15583, Wilmington, DE 19886-1194 |
| 14052870 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2024 00:25:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14068293 | | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2024 00:17:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14051568 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2024 00:25:38 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14563217 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 03 2024 00:18:00 | Towd Point Mortgage Trust 2020-4, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14200175 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION., 7255 Baymeadows Way, Jacksonville, FL 32256 |
| 14200177 | *+ | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Citizens Bank of Pennsylvania nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| ANN E. SWARTZ | |

on behalf of Creditor CITIZENS BK PENNSYLVANIA ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

ANN E. SWARTZ
    on behalf of Creditor Citizens Bank of Pennsylvania ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee logsecf@logs.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

HEATHER STACEY RILOFF
    on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee logsecf@logs.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. KRLITTLE@FIRSTAM.COM

MICHAEL D. SAYLES
    on behalf of Debtor Sarah C. Jones midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sarah C. Jones

      Debtor(s)

Case No: 18−10794−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/2/24

95 − 86
Form 138OBJ