United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-10794-amc

Sarah C. Jones                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah C. Jones, 8121 Williams Avenue, Philadelphia, PA 19150-1221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | |
| | on behalf of Creditor Citizens Bank of Pennsylvania nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| ANN E. SWARTZ | |
| | on behalf of Creditor CITIZENS BK PENNSYLVANIA ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 11, 2024                        Form ID: 138FIN                              Total Noticed: 3

ANN E. SWARTZ
                    on behalf of Creditor Citizens Bank of Pennsylvania ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

CHRISTOPHER A. DENARDO
                    on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee
                    logsecf@logs.com

DENISE ELIZABETH CARLON
                    on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee
                    bkgroup@kmllawgroup.com

HEATHER STACEY RILOFF
                    on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee
                    logsecf@logs.com

KEVIN S. FRANKEL
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
                    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. KRLITTLE@FIRSTAM.COM

MICHAEL D. SAYLES
                    on behalf of Debtor Sarah C. Jones midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

MICHELLE L. MCGOWAN
                    on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee
                    mimcgowan@raslg.com

POLLY A. LANGDON
                    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

*Form 138FIN* (6/24)−doc 100 − 99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        )
    Sarah C. Jones                        )            Case No. 18−10794−amc
                                          )
                                          )
    Debtor(s).                            )            Chapter: 13
                                          )
                                          )

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: July 10, 2024                                        For The Court

                                                           Timothy B. McGrath
                                                           Clerk of Court